### 30246. LINDSEY v. LIFE & CASUALTY INSURANCE CO.

SUTTON, J. 1. The question presented for determination in this case is exactly the same as that determined in the case of *Life & Casualty Insurance Co.* v. *McLeod, ante,* and consequently this case is controlled by the decision in that case.

2. The court did not err in overruling the plaintiff's motion for a new trial.

*Judgment affirmed. Stephens, P. J., and Felton, J., concur.*

DECIDED NOVEMBER 20, 1943.

192

*Walter A. Sims, Ralph G. Sims,* for plaintiff.
*Carl B. Copeland,* for defendant.